IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS
CIVIL DIVISION

RILEY CATTLE FARM LLC, d/b/a                                                        **PLAINTIFF**
CITY FEED & SUPPLY

vs.                                    CASE NO. 18 CV-21-2022 - 44

CIT BANK; CIT BANK, INC.;THE CIT GROUP/
EQUIPMENT FINANCING, INC.; FIRST-CITIZENS
BANK AND TRUST COMPANY; COMMERCIAL
RELATIONSHIP RECOVERY, INC; and GRIFFITH
TOWING, LLC,                                                                      **DEFENDANTS**

## COMPLAINT

Comes now the Plaintiff, Riley Cattle Farm LLC d/b/a City Feed & Supply, by and

through its undersigned counsel, Denny Sumpter, SUMPTER LAW FIRM, PLLC, and for its

Complaint against the above-captioned defendants, states as follows:

### Parties and Jurisdiction

1.      Plaintiff Riley Cattle Farm LLC d/b/a City Feed & Supply ("City Feed") is an

Arkansas Limited Liability Company, located in and doing business in West Memphis,

Crittenden County, Arkansas.  Its principal member is Joyce Riley ("Riley").

2.      CIT Bank does business in many corporate and merged forms.  Plaintiff at present

does not know presently the exact corporate identity under which CIT Bank operated in carrying

out the actions set forth herein upon which Plaintiff makes claims.  To ensure the proper entity is

named, Plaintiff names the following defendants; CIT Bank; CIT Bank, Inc.; CIT Bank, N.A.;

The CIT Group/ Equipment Financing, Inc..  Upon information and belief, CIT Bank has been

merged at this time with First-Citizens Bank and Trust Company.   Plaintiff shall refer herein

collectively to the defendants set forth in this paragraph as CIT ("CIT").

3.      CIT Bank is a Utah company, located at 2180 1300 East, Suite 250, Salt Lake City, UT 84106. Its registered agent for service in Arkansas is The Corporation Company 124 West Capitol Ave, STE 1900.

4.      CIT Bank, Inc. has a principal address of 2150 South 1300 East, Suite 400, Salt Lake City, Utah 84106. It's registered agent in New Hampshire is CT Corporation System, 9 Capitol Street, Concord, NH 03301.

5.      The CIT Group/ Equipment Financing, Inc., has a principal address of 650 CIT Drive, Livingston, NJ 07039. Its registered agent for service in Arkansas is CT Corporation System, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201.

6.      First-Citizens Bank and Trust Company has a principal address of 4300 Six Forks Rd., Raleigh, NC 27609. It's registered agent for service is CT Corporation System, 124 West Capitol Ave., Suite 1900, Little Rock, Arkansas 72201.

7.      Commercial Relationship Recovery, Inc. ("Commercial") is a third-party recovery and debt collector. Its principal office is located at 5651 Main St., Suite 8-336, Williamsville, NY 14211. Its registered agent of service is The Blair Law Group, 2645 Sheridan Dr., Suite 1, Tonawanda, NY 14150.

8.      Griffith Towing, LLC ("Griffith"), a Mississippi Limited Liability Company, is an automobile towing service located at 5400 Dean Road, Lake Cormorant, Mississippi 38641. Its registered agent for service is Scott Griffith, located at the same address.

9.      Plaintiff brings her complaint herein for replevin, conversion, violations of the Arkansas Deceptive Trade Practices Act, and for temporary restraining order. The acts alleged herein took place in Crittenden County, Arkansas, by the actions of the Defendants named herein. Jurisdiction of the persons and subject matter is proper and venue lies with this Court.

## Allegations of Fact

10. Upon information and belief, CIT through its agent Commercial, requested that Griffith remove certain personal property and equipment from City Feed's property. Said personal property and equipment is secured collateral on a note owed by City Feed to CIT.

11. On or about January 17, 2022, Griffith arrived at the land of City Feed in an attempt to remove personal property and equipment. Riley, who is presently 83 years old, met Griffith's driver at the lot and explained that notes were current. Griffith had no order of replevin from the Court to retrieve any property. Riley told Griffith's driver to leave the property immediately or she would call the police. Griffith's diver continued to hook his towing unit to a 2006 Peterbilt 379 VIN: 1XP5DB9X56D897998 (the "Truck"). Without taking proper precautions to make sure the Truck could be properly towed without causing damage to the Truck, Griffith's driver drug the vehicle from the lot and down the road, causing serious damage to the Truck.

12. The Truck contained personal belongings and is necessary to City Feed as equipment in use of its ongoing business concerns.

13. Riley contacted CIT to obtain explanation as to why the Truck was taken, given that payments were current and being automatically drafted from her account. CIT's representatives refused to provide details regarding the account.

14. Riley received a Notice of Intent to Sell (Exhibit "A") from CIT, now with a demand for a full accelerated balance in the amount of $27,274.34.

15. Griffith failed to get an order of replevin, and in taking the Truck, breached the peace, trespassed, caused damage to the personal property Truck of the Plaintiff, violated the Arkansas Deceptive Trade Practices act, and converted Plaintiff's property.

16.     At all times, Commercial and CIT directed the acts of Griffith, and are thus liable.

17.     At present Plaintiff is uncertain as to the location of the Truck, and whether it is in the possession of Griffith, Commercial, or CIT.  Plaintiff is further uncertain as to which party is conducting the auction.

Prayer for Relief

18.     Plaintiff seeks an immediate *ex parte* temporary restraining order prohibiting the defendant's auction and sale of the Truck, as irreparable harm will be done to Plaintiff should the Truck be allowed to be sold without Plaintiff being afforded due process to be heard on the issue. Plaintiff would not be able to recover the Truck after the sale, and the Truck is necessary to Plaintiff in its business operations.

19.     Plaintiff, through counsel, has reached out to CIT, by contact of its agent Lisa Rasmussen, and alerted her that if they did not agree to postpone the auction, Plaintiff would seek a temporary restraining order at Court on January 26, 2022.

20.     Plaintiff is entitled to an Order of Replevin directing the defendants to return the Truck to Plaintiff.

21.     Plaintiff is entitled to damages for diminished value of the Truck.

22.     Plaintiff is entitled to a finding that the Defendants have converted the Truck, and for an order directing Defendants to pay to Plaintiff the fair market value of the Truck on the date of conversion.

23.     Plaintiff is entitled to damages based on defendant's violations of the Arkansas Deceptive Trade Practices Act, particularly as Riley is a senior citizen under the act.

24.     Plaintiff is entitled to treble damages.

25.     Plaintiff is entitled to a trial by jury.

26.     Plaintiff is entitled to her fees and costs in this matter, to post-judgment interest,

and to any other relief the Court may order.

        WHEREFORE, premises considered, Plaintiff prays the Court grant the relief sought

herein.

                                        Respectfully submitted,

                                        Riley Cattle Farm LLC, d/b/a
                                        City Feed & Supply

                                        By its attorney,


                                        _____
                                        Denny Sumpter (AR 2013184)
                                        112 N. Missouri St.
                                        West Memphis, AR 72301
                                        870-732-5000 (phone)
                                        denny@sumpterlawfirm.com


                                **Verification**

        I, Joyce Riley, am the principal member of the Plaintiff herein, Riley Cattle Farm d/b/a
City Feed & Supply. The allegations and statements set forth herein are true and correct as I
verily believe.

                                        _____
                                        Joyce Riley

STATE OF ARKANSAS              )
                              )
COUNTY OF CRITTENDEN          )

        Subscribed and sworn to before me, the undersigned Notary Public on this 26th day of
January, 2022.

                                        _____
                                        Notary Public

My commission expires: January 13, 2030





January 20, 2022

**BY FEDERAL EXPRESS**
Riley Cattle Farm, LLC DBA City Feed & Supply
2601 E Broadway
West Memphis, AR   72301

**BY FEDERAL EXPRESS**
Ms. Joyce Riley
8 Cypress CRK
Marion, AR   72364


RE:    Riley Cattle Farm, LLC DBA City Feed & Supply ("Customer")
       Equipment Finance Agreement #ME01799156 ("Agreement")
       Schedule #DCC–1541893 ("Schedule")

## NOTICE OF INTENT TO SELL

You are hereby notified that, due to the default of the above-referenced finance agreement, CIT Bank, a division of First-Citizens Bank & Trust Company ("CIT") intends to sell, at an online auction (https://www.ritchiebros.com) to be held ten (10) business days from the date of this letter February 3, 2022 ("Sale Date"), the equipment covered under the finance agreement, which are more specifically, together with all attachments and accessories (the "Equipment"):

- 2006 Peterbilt 379 VIN: 1XP5DB9X56D897998

At any time prior to the Sale Date, the Equipment may be redeemed by tendering to CIT, at the below address, a certified check for the unpaid balance of $27,274.34 plus all fees and expenses that have been incurred by CIT.

Should the proceeds of the sale of the Equipment be less than the balance owed, Joyce Riley as guarantor, will be liable for the deficiency balance as provided for in the finance agreement and under the Uniform Commercial Code. You are entitled to any accounting of the unpaid indebtedness secured by the property that we intend to sell for a charge of $25.00. You may request an accounting by calling us at 866-777-0117.

Should you have any questions, please contact the undersigned.

Sincerely,
First-Citizens Bank & Trust Company

Laura Messina
Collection Manager

155 Commerce Way            t. (866) 777-0117                    cit.com
Portsmouth, NH 03801