IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

RILEY CATTLE FARM, LLC
d/b/a CITY FEED & SUPPLY                                                                PLAINTIFF

v.                                      Case No. 2:22-cv-00021-JM

CIT BANK, *et al.*                                                                      DEFENDANTS

## ORDER

Pending are the parties' joint motion to dissolve the existing temporary restraining order (Doc. No. 17) and stipulation of dismissal with prejudice (Doc. 18). The motion to dissolve is granted, and all claims are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated this 24th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE